UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA         :

      V.                              :    Order

NOAM HALPERT,                    :    24 MJ 1202

      Defendant.                  :
------------------------------X

      Upon the application of Phyllis A. Malgieri, Esq., counsel for Defendant Noam Halpert, in the above-captioned matter, and upon good cause having been shown that legal visits by mitigation specialist REYNALDO CUSICANQUI and his colleague licensed clinical social worker MANDI BUDAH, are necessary to the effective representation of the Defendant:

      **IT IS HEREBY ORDERED**, that Essex County Correctional Facility, permit legal visits between Defendant Noam Halpert, (BOP Reg. #: 78712-054) and REYNALDO CUSICANQUI and MANDI BUDAH for the purpose of preparing a mitigation report. These legal visits are to commence on September 4, 2024, and continue multiple times thereafter, in which they may meet with Mr. Halpert without the presence of defense attorney, Phyllis A. Malgieri, Esq. and Eric Franz, Esq.

Dated: September 3, 2024
      New York, New York

                                                     SO ORDERED.

                                                     _____
                                                     ANDREW E. KRAUSE
                                                   United States Magistrate Judge