# Fischetti & Malgieri LLP

*Ronald P. Fischetti*
*Phyllis A. Malgieri*

*www.fischettilaw.com*

Attorneys at Law

565 Fifth Avenue
7th Floor
New York, NY 10017
212-593-7100 (Tel)

September 19, 2024

**VIA ECF**

Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Noam Halpert*
*7:24-mj-01202-UA*

Dear Judge Reznik:

Defense counsel respectfully writes to request that the Court direct the Clerk of the Court to terminate the appearances of the undersigned as counsel of record in the above-captioned case. We have been substituted as counsel by Jason Swergold, Esq.

Thank you.

Respectfully submitted,

Phyllis A. Malgieri

Eric P. Franz

---

APPLICATION GRANTED. The Clerk of Court is respectfully directed to mark the letter motion at ECF No. 24 as GRANTED and to terminate the appearances of Ms. Malgieri and Mr. Franz as counsel in this case.

Dated: September 19, 2024

SO ORDERED.

ANDREW E. KRAUSE
United States Magistrate Judge